UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JSM MANAGEMENT, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> BRICKSTREET MUTUAL INSURANCE COMPANY, a Mutual Company, <br><br> USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., <br><br> and <br><br> MONROE GUARANTY INSURANCE COMPANY, a member of the FCCI INSURANCE GROUP, <br><br> Defendants. | **Removed from 18 L 78** |

## NOTICE OF REMOVAL

BRICKSTREET MUTUAL INSURANCE COMPANY, a Mutual Company (hereinafter "BRICKSTREET"), one of the Defendants in the above entitled cause, seeks removal from the Circuit Court of Champaign County and to the United States District Court, Central District of Illinois, Urbana Division and, in support thereof, alleges as follows:

1. This action was commenced against BRICKSTREET, in the Circuit Court of Champaign County, Illinois on 5/1/18, which is within the U.S. District Court Central District of Illinois. A copy of Plaintiff's Complaint was served upon Defendant BRICKSTREET on 5/4/18.

2. This Notice is filed pursuant to Sections 1332, 1441 and 1446 and asserts that removal is proper in that there is complete diversity of citizenship between Plaintiff and all Defendants.

3. At the time the action was commenced and since then, upon information and belief, the Plaintiff, JSM MANAGEMENT, INC., was and is a corporation organized and existing under the laws of the State of Illinois with its principal place of business in Champaign, Illinois, and is thus a "citizen" of Illinois for diversity purposes.

4. At the time the action was commenced and since then, Defendant, BRICKSTREET, was and is a corporation organized and existing under the laws of the State of West Virginia with its principal place of business in Charleston, West Virginia, and is thus a citizen of West Virginia for diversity purposes.

5. At the time the action was commenced and since then, upon information and belief, Defendant USI INSURANCE SERVICES NATIONAL, INC., was and is a corporation organized and existing under the laws of the State of North Carolina with its principal place of business in Valhalla, New York and is thus a citizen of North Carolina for diversity purposes.

6. At the time the action was commenced and since then, upon information and belief, Defendant MONROE GUARANTY INSURANCE COMPANY, was and is a corporation organized and existing under the laws of the State of Indiana with its principal place of business in Greenwood, Indiana, and is thus a citizen of Indiana for diversity purposes.

7. The amount in controversy exceeds $75,000.00 exclusive of interest and costs, as alleged in Plaintiff's Complaint. (A copy of which is attached hereto and incorporated herein by reference in this Notice as Exhibit "A"). Plaintiff, JSM MANAGEMENT, INC., allegedly suffered damages in the amount of $321,511.00 for overpayment for insurance coverage.

8. This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC §1332.

9. Both Co-Defendants have agreed to removal, through their counsel. (A copy of Co-Defendants' Notices of Consent to removal are attached hereto as Exhibit "B")

10. Defendant attaches to this Notice copies of all process, pleadings, and orders that have been served on it. (A copy of which are attached hereto and incorporated by reference in this Notice as Exhibit "C").

WHEREFORE, Defendant, BRICK STREET MUTUAL INSURANCE COMPANY, prays that this cause be removed to the United States District Court for the Central District of Illinois.

                                              **BRYCE DOWNEY & LENKOV LLC**

                                              BRICKSTREET MUTUAL INSURANCE COMPANY

By:    /s/*Storrs W. Downey*
        One of Defendant's Attorneys

Storrs W. Downey, #6183060
Jeanne M. Hoffmann, #6201309
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312-377-1501
F: 312-377-1502
E: jhoffmann@bdlfirm.com
E: sdowney@bdlfirm.com

3

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )


Storrs W. Downey, being first duly sworn on oath, deposes and says that:

1. He is one of the attorneys for the Defendant in this cause;

2. He has prepared and read the notice of removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the notice of removal are true and correct.

          **BRYCE DOWNEY & LENKOV LLC**

          BRICKSTREET MUTUAL INSURANCE COMPANY

By:   */s/Storrs W. Downey*
       One of Defendant's Attorneys

Storrs W. Downey, #6183060
Jeanne M. Hoffmann, #6201309
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312-377-1501
F: 312-377-1502
E: jhoffmann@bdlfirm.com
E: sdowney@bdlfirm.com

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of June, 2018, the foregoing Notice of Removal was filed electronically. Notice of this filing will be sent to attorneys of record by operation of the Court's electronic filing system, Email and also via U.S. Mail. Parties may access this filing through the Court's system.

| | |
|---|---|
| Marc J. Ansel | P. Scott Ritchie |
| Travis J. Quick | Sava Alexander Vojcannin |
| Meyer Capel, A Professional Corporation | Clausen Miller, P.C. |
| 306 West Church Street | 10 South LaSalle Street |
| P.O. Box 6750 | Chicago, IL  60603-1098 |
| Champaign, IL  61826-6750 | pritchie@clausen.com |
| mansel@meyercapel.com | |
| tquick@meyercapel.com | |

John Hackett
Cassiday Schade LLP
222 West Adams Street
Suite 2900
Chicago, IL  60606
jhackett@cassiday.com

                                                                By: /s/Storrs W. Downey

                                                                 Storrs W. Downey

Storrs W. Downey, #6183060
Jeanne M. Hoffmann #6201309
Bryce Downey & Lenkov LLC
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 377-1501
Fax: (312) 377-1502
sdowney@bdlfirm.com
jhoffmann@bdlfirm.com

{01866008.DOCX / }