E-FILED
Friday, 01 June, 2018 05:19:28 PM
Clerk, U.S. District Court, ILCD

FILED
SIXTH JUDICIAL CIRCUIT
5/1/2018 11:37 AM
By: BP

Krista M. Blakeman
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## CHAMPAIGN COUNTY, ILLINOIS

|  |  |
|---|---|
| JSM MANAGEMENT, INC.,<br>an Illinois corporation, | )<br>) |
|  | )     **2018L 000078** |
| Plaintiff, | ) |
| v. | )     Case No. 18-L-_____ |
|  | ) |
| BRICKSTREET MUTUAL<br>INSURANCE COMPANY,<br>a Mutual Company, | )<br>)<br>)     DEMAND FOR JURY TRIAL |
|  | ) |
| USI INSURANCE SERVICE<br>NATIONAL, INC., formerly known<br>as WELLS FARGO INSURANCE<br>SERVICES USA, INC., and | )<br>)<br>)<br>) |
|  | ) |
| MONROE GUARANTY INSURANCE<br>COMPANY, a member of the<br>FCCI INSURANCE GROUP, | )<br>)<br>) |
|  | ) |
| Defendants. | ) |

### VERIFIED COMPLAINT

NOW COMES Plaintiff JSM MANAGEMENT, INC. ("JSM"), by and through its counsel, Meyer Capel, a Professional Corporation, and for its Complaint against Defendants, BRICKSTREET MUTUAL INSURANCE COMPANY ("BrickStreet"), USI INSURANCE SERVICE NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC. ("Wells Fargo"), and MONROE GUARANTY INSURANCE COMPANY, a member of the FCCI INSURANCE GROUP ("FCCI"), alleges and states as follows:

### NATURE OF ACTION

1.    JSM is a property management company which employs certain tradesmen, including carpenters, to perform routine maintenance at the properties it manages.



EXHIBIT

A

2.      During the 2008-2015 period, JSM's insurance broker, Wells Fargo, procured workers' compensation insurance through BrickStreet and FCCI to cover JSM's employees.

3.      In 2016, JSM began doing business with a different insurance broker. This new broker informed JSM that BrickStreet and FCCI had been overcharging JSM for coverage because they applied incorrect classifications, payrolls and other rating system factors to compute JSM's premiums, including classifying JSM's carpenters as if they were performing carpentry on new construction projects, when they were only performing property maintenance and repairs.

4.      As a result, during the years 2008 to 2015, JSM overpaid for coverage in the total amount of at least $321,511.

5.      In this action, JSM seeks to recover this overpayment, bringing claims against BrickStreet and FCCI for breach of contract and violation of § 462b of the Insurance Code, and against Wells Fargo for negligence.

## PARTIES

6.      JSM MANAGEMENT, INC., is an Illinois corporation engaged in the business of property management with offices located at 505 South Fifth Street, Champaign, Illinois 61820.

7.      BRICKSTREET MUTUAL INSURANCE COMPANY, a mutual company, is a workers' compensation insurance carrier headquartered at 400 Quarrier Street, Charleston, West Virginia 25301 with a regional office at 55 Shuman Blvd, Suite 150, Naperville, Illinois 60563.

8.      USI INSURANCE SERVICE NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., is a North Carolina corporation engaged in the insurance brokerage and consulting business, with headquarters at 100 Summit Lake Drive, Suite

400, Valhalla, New York 10595, and offices at 2107 South Neil Street, Champaign, Illinois 61820.

9.      MONROE GUARANTY INSURANCE COMPANY, a member of the FCCI INSURANCE GROUP, is a workers' compensation insurance carrier headquartered at 6300 University Parkway, Sarasota, Florida 34240, which does business in Illinois.

## JURISDICTION

10.      Personal jurisdiction is proper pursuant to 735 ILCS 5/2-209(a)(1), (a)(4), (a)(7), and (b)(4) because Defendants do business in Illinois, and because the causes of action alleged herein arise out of Defendants' transaction of business in Illinois, insuring of persons, property, and risks in Illinois, and the making and performance of contracts in Illinois.

## VENUE

11.      Venue is proper pursuant to 735 ILCS 5/2-101 because the causes of action alleged herein arise out of transactions that occurred in Champaign County, and, additionally, pursuant to § 2-103(e) because this is an action against insurance companies doing business in Illinois, venue is proper in the plaintiff's county of residence, and JSM resides in Champaign County.

## FACTS COMMON TO ALL COUNTS
### —Background—

12.      JSM is a property management company, and employs certain tradesmen, including carpenters, plumbers, and electricians to perform routine maintenance at the properties it manages.

13.      Wells Fargo was JSM's independent insurance broker from 1996 to 2016.

14.     During that time, Wells Fargo held itself out as an expert and advisor in workers' compensation insurance, including how insurance carriers determine premiums for workers' compensation insurance.

15.     In Illinois, the process of determining premiums for workers' compensation insurance includes the use of the National Council on Compensation Insurance ("NCCI") job classification system. Brickstreet and FCCI are members of the NCCI, and use the NCCI's job classification system to classify employee payroll as a factor in determining the amount of premium to charge the insured.

16.     The NCCI's job classification system assigns numerical codes to specifically defined job functions. Carriers use NCCI's job classification system to group employees and the payroll associated with them into different NCCI risk categories, applying different rates to payroll associated with each applicable classification in order to calculate the correct premium. For example, per NCCI's code definitions, NCCI code 9012 applies to a property management company's office staff, and NCCI code 9015 applies to a property management company's employees who perform routine maintenance. These two classifications include different premium rates reflecting differences in risk assessment, with each rate applied to its group's total payroll to determine the actual premium for that group.

17.     By contrast, NCCI code 5606 applies to employees performing construction project management, and NCCI code 5645 applies to carpenters performing framing or structural carpentry on construction projects. Compared to NCCI codes 9012 and 9015, NCCI codes 5606 and 5645 are accompanied by higher rates which result in higher premiums.

**—The Policies at Issue—**

18.     Beginning in 2008, Wells Fargo procured the following workers' compensation insurance policies from FCCI (collectively, the "FCCI Policies" or "Policies"):

- Policy Number WC00000386-1, Policy Period 8/30/08 to 8/30/09 (the "2008-2009 Policy"). JSM no longer has a copy of this policy.

- Policy Number WC00000386-2, Policy Period 8/30/09 to 8/30/10 (the "2009-2010 Policy"). JSM no longer has a copy of this policy.

- Policy Number WC00000386-3, Policy Period 8/30/10 to 8/30/11 (the "2010-2011 Policy"), the declarations pages of which and Part Five – Premium, is attached as Ex. 1.

19.     Beginning in 2011, Wells Fargo procured the following workers' compensation insurance policies from BrickStreet (collectively, the "BrickStreet Policies" or "Policies"):

- Policy Number WCB1002159, Policy Period 8/30/11 to 8/30/12 (the "2011-2012 Policy"), the declarations pages of which and Part Five – Premium, is attached as Ex.2;

- Policy Number WCB1002159, Policy Period 8/30/12 to 8/30/13 (the "2012-2013 Policy"), the declarations pages of which and Part Five – Premium, is attached as Ex. 3;

- Policy Number WCB1002159, Policy Period 8/30/13 to 8/30/14 (the "2013-2014 Policy"), the declarations pages of which and Part Five – Premium, is attached as Ex. 4;

- Policy Number WCB1002159, Policy Period 8/30/14 to 8/30/15 (the "2014-2015 Policy"), the declarations pages of which and Part Five – Premium, is attached as Ex. 5.

20.     With each policy Wells Fargo procured, FCCI and BrickStreet paid Wells Fargo a commission of between 5% and 12% of the premiums that JSM paid these carriers for the Policies.

21.     Before each Policy period, Wells Fargo provided FCCI and BrickStreet with information about JSM, either directly or through the application for coverage, including JSM's historical NCCI job classifications and payroll, and the NCCI job classifications and estimated payroll to apply in the upcoming Policy period.

22.     JSM made estimated premium payments at the beginning of each Policy period, or in installments during each period, based on estimated annual payroll for each job classification.

23.     After the end of each Policy period, FCCI and BrickStreet conducted audits to retroactively determined the actual final payroll and premium due for that Policy period.

24.     In this regard, the FCCI and BrickStreet Policies provided in identical language that the "final premium will be determined after this policy ends by using the actual, not the estimated, [payroll] and the proper classifications and rates that lawfully apply to the business and work covered by this policy." (Exs. 1-5, Part V, E.) "If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you." (*Id.*)

—The Overcharge—

25.     In 2016, JSM terminated its broker relationship with Wells Fargo.

26.     In 2016, JSM began doing business with a new insurance broker.

27.     The new broker informed JSM that Wells Fargo had been providing incorrect NCCI classification codes to FCCI and BrickStreet, and FCCI and BrickStreet had been applying these incorrect NCCI classification codes to certain JSM employees, including JSM's carpenters performing routine maintenance and repair.

28.     The correct NCCI Code for JSM's carpenters was 9015, which applies to property management company employees who perform routine maintenance and repairs, and which accompanies to a rate of approximately $4 per every $100 of payroll.

29.     Wells Fargo, FCCI, and BrickStreet had instead been using NCCI code 5645, which applies to carpenters engaged in framing or structural carpentry on construction projects, and accompanies a rate of approximately $20 per every $100 of payroll.[1]

30.     Similarly, the correct NCCI Code for JSM's office staff was 9012.  However, Wells Fargo, FCCI, and BrickStreet had instead been using NCCI code 5606 for certain individuals in JSM's office staff, although 5606 applies only to construction project management.

31.     The misapplication of NCCI job codes 5645 and 5606 inflated JSM's premiums, causing JSM to overpay for coverage in the total amount of at least $321,511.

### COUNT I: BREACH OF CONTRACT
### (BRICKSTREET, 2011-2012, 2012-2013, 2013-2014, 2014-2015 POLICIES)

32.     Paragraphs 1 through 31 above are incorporated by reference herein.

33.     The BrickStreet Policies are valid and enforceable contracts between JSM and BrickStreet.

34.     JSM performed all conditions precedent on its part under the BrickStreet Policies.

---

[1] The code referenced above was NCCI code 5651 until January 2013, and then became NCCI code 5645.  For ease of reference, Plaintiff herein refers to the code at issue solely as NCCI code 5645.

35.     The BrickStreet Policies obligated BrickStreet to compute JSM's final premiums using the "proper classifications and rates that lawfully apply," and further obligated BrickStreet to refund the balance to JSM in the event of an overcharge. (*See* Exs.2-5, Part V, E.)

36.     BrickStreet breached the BrickStreet Policies by failing to apply the proper classifications and rates to JSM, and instead applying NCCI codes 5645 and 5606 and the higher rates and premiums associated with them, and by failing to provide JSM a refund for the resulting overcharge.

37.     As a direct and proximate result of BrickStreet's breaches, JSM overpaid for coverage under the BrickStreet Policies in the total amount of at least $176,979.

WHEREFORE, JSM respectfully requests that this Court enter judgment in its favor and against BrickStreet in the amount of at least $176,979 plus interest, costs of suit, and such other and further relief as this Court deems just and proper.

### COUNT II: VIOLATION OF 215 ILCS 5/462b
### (BRICKSTREET, 2011-2012, 2012-2013, 2013-2014, 2014-2015 POLICIES)

38.     Paragraphs 1 through 37, above are incorporated by reference herein.

39.     Section 462b of the Illinois Insurance Code provides as follows:

Insurance companies shall apply correct classifications, payrolls and other factors of a rating system to compute premiums.   If the application of incorrect classifications, payrolls or any other factors of a rating system results in the payment by an insured of premiums in excess of the premiums that would have been paid utilizing the correct applications or classifications, payrolls or other factors of a rating system, the insurer shall refund to the insured the excessive premium paid for the period during which the incorrect application of classifications, payrolls or other factors of a rating system were applied.   This Section is intended to codify existing law and practice.

40.     The BrickStreet Policies are insurance contracts under Section 462b.

41.    BrickStreet applied incorrect classifications, payrolls and other factors of a rating system to compute premiums under the BrickStreet Policies, including incorrect NCCI job classifications 5645 and 5606.

42.    As a direct and proximate result, JSM overpaid for workers' compensation insurance under the BrickStreet Policies in the total amount of at least $176,979.

WHEREFORE, JSM respectfully requests that this Court enter judgment in its favor and against BrickStreet in the amount of at least $176,979, plus interest, costs of suit, and such other and further relief as this Court deems just and proper.

## COUNT III: BREACH OF CONTRACT
### (FCCI, 2008-2009, 2009-2010, 2010-2011 POLICIES)

43.    Paragraphs 1 through 42 above are incorporated by reference herein.

44.    The FCCI Policies are valid and enforceable contracts between JSM and FCCI.

45.    JSM performed all conditions precedent on its part under the FCCI Policies.

46.    The FCCI Policies obligated FCCI to compute JSM's final premiums using the "proper classifications and rates that lawfully apply," and they further obligated FCCI to refund the balance to JSM in the event of an overcharge.  (See Ex. 1, Part V, E.)

47.    FCCI breached the FCCI Policies by failing to apply the proper classifications and rates to JSM, and instead applying NCCI codes 5645 and 5606 and the higher rates and premiums associated with them, and by failing to provide JSM a refund for the resulting overcharge.

48.    As a direct and proximate result of FCCI's breaches, JSM overpaid for coverage under the FCCI Policies in the total amount of at least $144,532.

WHEREFORE, JSM respectfully requests that this Court enter judgment in its favor and against FCCI in the amount of at least $144,532, plus interest, costs of suit, and such other and further relief as this Court deems just and proper.

### COUNT IV: VIOLATION OF 215 ILCS 5/462b
### (FCCI, 2008-2009, 2009-2010, 2010-2011 POLICIES)

49.     Paragraphs 1 through 48 above are incorporated by reference herein.

50.     Section 462b of the Illinois Insurance Code provides as follows:

Insurance companies shall apply correct classifications, payrolls and other factors of a rating system to compute premiums.  If the application of incorrect classifications, payrolls or any other factors of a rating system results in the payment by an insured of premiums in excess of the premiums that would have been paid utilizing the correct applications or classifications, payrolls or other factors of a rating system, the insurer shall refund to the insured the excessive premium paid for the period during which the incorrect application of classifications, payrolls or other factors of a rating system were applied.  This Section is intended to codify existing law and practice.

51.     The FCCI Policies are insurance contracts under Section 462b.

52.     FCCI applied incorrect classifications, payroll and other factors of a rating system to compute premiums under the FCCI Policies, including incorrect NCCI job classifications 5645 and 5606.

53.     As a direct and proximate result, JSM overpaid for workers' compensation insurance under the FCCI Policies in the total amount of at least $144,532.

WHEREFORE, JSM respectfully requests that this Court enter judgment in its favor and against FCCI in the amount of at least $144,532, plus interest, costs of suit, and such other and further relief as this Court deems just and proper.

### COUNT V: NEGLIGENCE
### (WELLS FARGO)

54.     Paragraphs 1 through 53 above are incorporated by reference herein.

55.    Wells Fargo was at all relevant times under a duty to act with the care, competence, skill, and diligence reasonably expected of a professional insurance broker or agent.

56.    Wells Fargo breached these duties in one or more of the following ways:

a.    Wells Fargo failed to inform JSM of the actual definition and scope of NCCI codes 9012, 9015, 5606, and 5645;

b.    Wells Fargo failed to properly investigate JSM's operations, employees, their job functions, and their proper NCCI job classifications, including the actual job functions and proper NCCI job classifications of JSM's office staff and carpenters that JSM employed to do routine maintenance and repair;

c.    Wells Fargo knew or should have known the proper NCCI job classifications for JSM's office staff and carpenters that JSM employed to do routine maintenance and repairs, but provided FCCI and BrickStreet with incorrect NCCI job classifications for those JSM employees;

d.    Wells Fargo knew or should have known that FCCI and BrickStreet were misclassifying JSM's office staff and carpenters that JSM employed to do routine maintenance and repairs, and overcharging for premium, but failed to inform or warn JSM, FCCI, or BrickStreet of this misclassification and overcharge, or to take steps get the misclassifications corrected or overcharges refunded.

57.    As a direct and proximate result of Wells Fargo's breaches of duty, FCCI and BrickStreet incorrectly applied NCCI codes 5645 and 5606 and the higher rates and premiums associated with them, and JSM overpaid for coverage in the total amount of at least $321,511.

WHEREFORE, JSM respectfully requests that this Court enter judgment in its favor and against Wells Fargo in the amount of at least $321,511, plus interest, costs of suit, and such other and further relief as this Court deems just and proper.

### PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES

JSM MANAGEMENT, INC., Plaintiff,

By: _____ s/ Marc J. Ansel _____

Marc J. Ansel, One of its Attorneys

Marc J. Ansel, Illinois ARDC# 0058513
Travis J. Quick, Illinois ARDC#6280905
Meyer Capel, A Professional Corporation
306 West Church Street
P.O. Box 6750
Champaign, Illinois 61826-6750
Phone: 217.352.1800
Fax; 217.352.1083
mansel@meyercapel.com
tquick@meyercapel.com

### VERIFICATION

Pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth herein are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

By: _____ s/Jeffrey Hartman _____

Jeffrey Hartman, President, JSM Management, Inc.

**EXHIBIT**

**1**



# MONROE GUARANTY INSURANCE COMPANY

## A MEMBER OF THE FCCI INSURANCE GROUP

ALL INQUIRIES ...................800-226-3224

1-UNWO-3070-NA-60,  6/04



**MONROE GUARANTY INSURANCE COMPANY**
A MEMBER OF THE FCCI INSURANCE GROUP
12800 N. Meridian St., STE 200
Carmel IN 46032-9419
800-824-2513
317-571-3000

**NCCI CARRIER CODE: 14893**

## WORKERS' COMPENSATION AND EMPLOYER LIABILITY
## INSURANCE POLICY INFORMATION PAGE

| | |
|---|---|
| **PREVIOUS POLICY NUMBER:** WC00000386 | **AGENCY ID:** 12004-001 |
| **POLICY NUMBER:** WC00000386  3 | **AGENT:** Wells Fargo Ins Svcs of IL Inc |
| **1. NAMED INSURED:** Boardwalk Development & JSM Management | PO Box 4016 |
| | Champaign, IL 61824-4016 |
| | (217) 398-4400 |
| **MAILING ADDRESS:** 505 S Fifth Street | **PAYMENT PLAN:** 10% Down and 10 Installments |
| Champaign, IL 61820-5564 | **ISSUE STATUS:** RENEWAL BUSINESS |
| Other Workplace not shown above: See Schedule of Workplace Extension to the Information Page. | |

| **BUSINESS ENTITY:** | Sole Proprietor | Partnership | X | Corporation | Other |
|---|---|---|---|---|---|
| **RISK ID NUMBER:** | 127395829 | | **AUDIT PERIOD:** | | Annual |
| **FEIN NUMBER:** | 371004677 | | **PROGRAM TYPE (if applicable):** | | |

**2. POLICY PERIOD:  FROM:  08/30/2010  TO:  08/30/2011  AT 12:01 A.M. Standard time at your mailing address shown above.**

3.  A.  Workers' Compensation Insurance: Part one of the policy applies to the Workers' Compensation law of the state(s) listed here:
·Illinois

B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part Two are

| | | |
|---|---|---|
| Bodily Injury by Accident | $100,000 | each accident |
| Bodily Injury by Disease | $500,000 | policy limit |
| Bodily Injury by Disease | $100,000 | each employee |

C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
All states and U.S. territories except North Dakota, Ohio, Washington, Wyoming, Puerto Rico, the U.S. Virgin Islands, and states designated in item 3.A. of the Information Page.

D.  This policy includes these endorsements and schedules:

**APPLICABLE TO ALL COVERAGES**
WC 00 00 01 A (Eff. 11/09)       Workers' Compensation Information Page
WC 00 00 00A (04/92) - Workers Compensation and Employers Liab Policy Form
WC 00 03 08 (04/84) - Partners, Officers, and Others Exclusion Endt.
WC 00 03 08 (04/84) - Partners, Officers, and Others Exclusion Endt.
WC 00 03 08 (04/84) - Partners, Officers, and Others Exclusion Endt.

WC 00 00 01 A (Eff. 11/09)

PREPARED: 08-27-2010

Includes 1987 copyrighted material of National Council on Compensation Insurance, Inc. with its permission.
INSURED'S COPY

Page 1 of 5

**POLICY NUMBER:**  WC00000386  3
> WC 00 04 14 (07/90) - Notification of Change in Ownership Endorsement
> WC 00 04 19 (01/01) - Premium Due Date Endorsement
> **APPLICABLE TO SPECIFIC STATES**
>
> **STATE:**  IL
> WC 00 04 06A (08/95) - Premium Discount Endorsement
> WC 00 04 21C (09 08) Catastrophe (Other Than Cert Act Of Terror) Prem Endo
> WC 00 04 22A (09 08) Terrorism Risk Ins Pgm Reauthorization Act Disclosure
> WC 12 03 06 (04 08) IL Workers Comp and Empl Liab Ins Policy Excl Endo
> WC 12 04 02 (09/92) - Illinois Contracting Classif Premium Adjustment End
> WC 12 06 01C (04/01) - Illinois Amendatory Endorsement

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.
> See Premium Calculations Extension to the Information Page.

| | |
|---|---|
| Total Estimated Policy Premium: | $89,275.00 |
| Minimum Premium: | $1,000.00 |

PREPARED: 08-27-2010

Includes 1987 copyrighted material of National Council on Compensation Insurance, Inc. with its permission.
INSURED'S COPY

POLICY NUMBER:  WC00000386 3

**SCHEDULE OF WORKPLACES**

Extension of Information Page WC 00 00 01 A, Item 1:

| OCATION | ADDRESS |
|---------|---------|
| 1 | 505 S Fifth Street Champaign, IL 61820-5564 |

WC 00 00 01 A (Eff. 11/09)                                                                PREPARED: 08-27-2010

Includes 1987 copyrighted material of National Council on Compensation Insurance, Inc. with its permission.
INSURED'S COPY                                              Page 3 of 6

POLICY NUMBER:   WC00000386 3

**ADDITIONAL COVERED ENTITIES**

Extension of Information Page WC 00 00 01 A, Item 1:

| INK # | INSURED NAME AND LOCATION ADDRESS | SIC CODE |
|-------|-----------------------------------|----------|
| 001 | Boardwalk Development Co.<br>505 S Fifth Street Champaign, IL 61820<br>FEIN: 371004677      NO. OF EMPLOYEES: 0<br>RISK ID: 127395829 | 6512 |
| 002 | JSM Management Services, Inc.<br>505 S Fifth Street Champaign, IL 61820<br>FEIN: 371153513      NO. OF EMPLOYEES: 0<br>RISK ID: 127395829 | 6512 |

WC 00 00 01 A (Eff. 11/09)                                                          PREPARED: 08-27-2010

POLICY NUMBER:   WC00000386 3

PREMIUM CALCULATION

Extension of Information Page WC 00 00 01 A, Item 4:

LOCATION:   1      505 S Fifth Street, Champaign, IL 61820-5564

| Code | Classification | Estimated Remuneration | Rate | Premium |
|------|----------------|------------------------|------|---------|
| 9015 | BUILDINGS-OPERATION BY OWNER, LESSEE OR REAL ESTATE MANAGEMENT FIRM: ALL OT | 475,000 | 5.72 | 27,170.00 |
| 6651 | CARPENTRY-DWELLINGS-THREE STORIES OR LESS | 205,000 | 28.23 | 57,872.00 |
| 9012 | BUILDING OPERATION BY OWNER, LESSEE, OR REAL ESTATE MANAGEMENT FIRM: PROFES | 595,000 | 2.10 | 12,495.00 |
| 5606 | CONTRACTOR-PROJECT MANAGER, CONSTRUCTION EXECUTIVE, CONSTRUCTION MANAGER OR | 155,000 | 4.81 | 7,456.00 |
| 9898 | EXPERIENCE MODIFICATION | 104,993 | 0.98 | -2,100.00 |
| 9887 | SCHEDULED CREDIT/DEBIT | 102,893 | .08 | -8,231.00 |
| 0063 | PREMIUM DISCOUNT | 94,662 | | -7,704.00 |
| 0900 | EXPENSE CONSTANT | | | 280.00 |
| 9740 | TERROR ACT SURCHARGE | 1,430,000 | .06 | 858.00 |
| 9741 | CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) | 1,430,000 | .02 | 286.00 |
| 9690 | ILLINOIS WORKERS COMP SURCHARGE | 88,382 | .0101 | 893.00 |

TOTAL:      $89,275.00

This document forms a part of, completes, and executes the referenced policy. The declarations or information pages, together with the common policy conditions, coverage parts, forms and endorsements, if any, issued to form a part thereof, completes the policy. In witness thereof, the Company attests these documents as the entire contract of insurance, and executes same on behalf of the company.

This policy shall not be valid unless also countersigned by the duly authorized Agent of this company at the agency hereinbefore mentioned if required by state law.

Signed by: _G.W. Jacobs_       Countersigned by: _____

_G.W. Jacobs, President_                   _(Authorized Representative)_

Date: 08/30/2010          Date: 10/29/10

WC 00 00 01 A (Eff. 11/09)                                    PREPARED: 08-27-2010

Includes 1987 copyrighted material of National Council on Compensation Insurance, Inc. with its permission.
INSURED'S COPY                                                        Page 5 of 5

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 00 00 A

**1st Reprint**          *Effective April 1, 1992*          **Standard**

papers related to the injury, claim, proceeding or suit.
4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit. .
5. Do nothing after an injury occurs that would interfere with our right to recover from others.
6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE-PREMIUM

A. **Our Manuals**
All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**
Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**
Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:
1. all your officers and employees engaged in work covered by this policy; and
2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**
The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.
If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:
1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancellation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**
You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**
You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

1991 National Council on Compensation Insurance.

**WC 12 06 01 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 4-01)

**Sole Representative**
The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium or to give us notice of cancellation.

Part Five (Premium), Section G. **Audit** is replaced by this Section.

**Audit**
You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

| Endorsement Effective | Policy No. | Endorsement No. |
|---|---|---|
| Insured | | Premium |
| Insurance Company | Countersigned by_____ | |

2001 National Council on Compensation Insurance, Inc.



**BrickStreet** INSURANCE

400 Quarrier Street     Charleston, WV 25301-2010

**A Mutual Company**

| EXHIBIT 2 | **Workers Compensation and Employers Liability Insurance Policy** |
|---|---|

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| WCB1002159 | 08/30/2011 | 08/30/2012 |
| | (12:01 AM at the insured location) | |

| Information Page | Renewal/Rewrite of Policy Number |
|---|---|
| | NEW |

| 1. Named Insured and Address | Agency Information |
|---|---|
| JSM Management Inc<br>505 S Fifth St<br>Champaign, IL 61820-5564 | 125009<br>Wells Fargo Insurance Services USA Inc.<br>2107 South Neil St.<br>Champaign, IL 61820 |

| Carrier No. | FEIN | Risk ID | Entity Type |
|---|---|---|---|
| 15762 | 37-1283411 | 127395829 | Corporation |

Additional Workplaces not shown above:
Refer to Schedule of Locations Endorsement WC 99 06 02 (07-09)

2. The Policy Period is from 08/30/2011 to 08/30/2012 12:01am Standard Time at the insured's mailing address.

3. A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:   IL

   B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under part Two are:

   |  |  |  |
   |---|---|---|
   | Bodily Injury by Accident: | $100,000.00 | Each Accident |
   | Bodily Injury by Disease: | $500,000.00 | Policy Limit |
   | Bodily Injury by Disease: | $100,000.00 | Each Employee |

   C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here: All states and U.S. territories except North Dakota, Ohio, Washington, Wyoming, Puerto Rico, and the U.S. Virgin Islands, and states designated in Item 3.A. of the Information Page.

   D. This policy includes these endorsements and schedules: SEE ATTACHED SCHEDULE

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

SEE ATTACHED CLASSIFICATIONS OF OPERATIONS

Minimum Premium:  $750.00

| | |
|---|---|
| Total Estimated Annual Premium: | $71,921.00 |
| Premium Discount: | $6,097.00CR |
| Expense Constant: | $250.00 |
| Deposit Premium: | $14,729.00 |

Issue Date: 08/25/2011
Issuing Office: Charleston, WV

WC 00 00 01 A (07-09)
Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission.
© 1996 National Council on Compensation Insurance, Inc.



400 Quarrier Street          Charleston, WV 25301-2010

**Workers Compensation and Employers Liability Insurance Policy**

| Policy Number: | WCB1002159 |
|---|---|
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA Inc. |

## Extension of Information Page
## Classification of Operations

| Class Code No. | Class Description | Exposure | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **State: IL** | | | | |
| **Premium Period: 08/30/2011 - 08/30/2012** | | | | |
| **Location: 1** | | | | |
| 5606 | Contractor--project Manager, Construction Executive, Construction ManaGer Or Construction Superintendent | $190,000.00 | 3.17 | $6,023.00 |
| 5651 | Carpentry-dwellings-three Stories Or Less | $225,000.00 | 19.44 | $43,740.00 |
| 9012 | Buildings-operation By Owner, Lessee, Or Real Estate Management Firm:Prof. Employees, Property Managers And Leasing Agents & Clerical, SaleSpersons | $595,000.00 | 1.52 | $9,044.00 |
| 9015 | Buildings-operation By Owner, Lessee, Or Real Estate Management Firm:All Other Employees | $475,000.00 | 4.16 | $19,760.00 |
| 9898 | Experience Modification Premium | | 0.98 | $1,571.00CR |
| | Total Modified Premium | | | $76,996.00 |
| | Total Standard Premium | | | $76,996.00 |
| 0064 | Premium Discount | | 0.0792 | $6,097.00CR |
| 0900 | Expense Constant | | | $250.00 |
| 9740 | Terrorism Risk Insurance Act of 2002 - Certified Losses | | 0.039 | $579.00 |
| 9741 | Domestic Terrorism, Earthquake, Catastrophic Industrial Accident Prem | | 0.013 | $193.00 |
| 9683 | Illinois Industrial Commission Surcharge | | 0.0101 | $726.00 |
| | Policy Estimated Annual Premium | | | $71,921.00 |
| | Policy Total Amount Due | | | $72,647.00 |

Issue Date: 08/25/2011
Issuing Office: Charleston, WV

WC 00 06 00  (07 00)



400 Quarrier Street    Charleston, WV 25301-2010

**Workers Compensation and Employers Liability Insurance Policy**

| Policy Number: | WCB1002159 |
|---|---|
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA Inc. |

## Schedule of Endorsements

| State | Form Number | Form Title |
|---|---|---|
| IL | 12-1 | Illinois Contracting Classification Premium Adjustment Program Application |
| | WC 00 00 00 B | Workers Compensation & Employers Liability Insurance Policy |
| | WC 00 00 01 A | Policy Information Page |
| | WC 00 03 08 | Partners, Officers and Other Exclusion Endorsement |
| | WC 00 04 04 | Pending Rate Change Endorsement |
| | WC 00 04 06 A | Premium Discount Endorsement |
| | WC 00 04 14 | Notification Of Change In Ownership Endorsement |
| | WC 00 04 19 | Premium Due Date Endorsement |
| | WC 00 04 21 C | Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement |
| | WC 00 04 22 A | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| IL | WC 12 03 06 A | Illinois Workers Compensation and Employers Liability Insurance Policy Exclusion Endorsement |
| IL | WC 12 04 02 | IL Contracting Classification Premium Adjustment Endr |
| IL | WC 12 06 01 D | IL Amendatory Endorsement |
| | WC 89 06 34 | Installment Schedule |
| | WC 99 06 00 | Extension of Information Page Classification of Operations |
| | WC 99 06 01 | Schedule of Endorsements |
| | WC 99 06 02 | Schedule of Locations |
| | WC 99 06 03 | Signature Page |

Issue Date:    08/25/2011
Issuing Office: Charleston, WV

WC 99 06 01 (07-09)



400 Quarrier Street    Charleston, WV 25301-2010

**Workers Compensation and Employers
Liability Insurance Policy**



| Policy Number: | WCB1002159 |
|---|---|
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA Inc. |

## Schedule of Locations

| Location No. | State | Location Name and Address |
|---|---|---|
| 1 | IL | 503 - 505 S Fifth, Champaign, IL 61820- |

Issue Date:    08/25/2011
Issuing Office:  Charleston, WV

WC 99 06 02  (07-09)



400 Quarrier Street        Charleston, WV 25301-2010

# POLICY INSTALLMENT PLAN SCHEDULE

JSM Management Inc
Policy Number:  WCB1002159
Coverage Period:  08/30/2011 to 08/30/2012

You have elected to pay the total estimated annual premium using an installment plan. There is a payment plan processing fee of $0 for each installment. You may pay the entire balance at any time to avoid future installment charges.

The installment plan schedule presented below is an estimate. An invoice will be sent to you prior to each installment period. The payment schedule will change if there are changes to the total estimated premium due to mid-term policy activity.

### INSTALLMENT PLAN SCHEDULE

| Installment | Amount Due | Due Date |
|---|---|---|
| Deposit Premium | $14,729.00 | 08/30/2011 |
| Installment | $7,240.00 | 10/15/2011 |
| Installment | $7,240.00 | 11/14/2011 |
| Installment | $7,240.00 | 12/15/2011 |
| Installment | $7,240.00 | 01/14/2012 |
| Installment | $7,240.00 | 02/14/2012 |
| Installment | $7,240.00 | 03/16/2012 |
| Installment | $7,240.00 | 04/14/2012 |
| Installment | $7,238.00 | 05/15/2012 |
| | | |
| Total Estimate Policy Premium | $72,647.00 | |

Issue Date: 08/25/2011
Issuing Office:  Charleston, WV

Contact us at www.BrickStreet.com or Call Us at 866.45BRICK (452-7425)

WC 89 06 34 (07-09)

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE—PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.



**Brickstreet**

406 Quarrier Street    Charleston WV 25301-2010

A Mutual Company

| EXHIBIT | Workers Compensation and Employers |
|---------|-------------------------------------|
| **3** | Liability Insurance Policy |

| Policy Number | Policy Period | |
|---------------|---------------|---|
| | From | To |
| WCB1002159 | 08/30/2012 | 08/30/2013 |
| | (12 01 AM at the insured location) | |

| Information Page | Renewal/Rewrite of Policy Number |
|------------------|----------------------------------|
| | WCB1002159 |

| 1  Named Insured and Address | Agency Information |
|------------------------------|---------------------|
| JSM Management Inc<br>505 S Fifth St<br>Champaign. IL 61820-5564 | 125009<br>Wells Fargo Insurance Services USA Inc.<br>2107 South Neil St.<br>Champaign. IL 61820 |

| Carrier No | FEIN | Risk ID | Entity Type |
|------------|------|---------|-------------|
| 15762 | 37-1283411 | 127395829 | Corporation |

Additional Workplaces not shown above:
Refer to Schedule of Locations Endorsement WC 99 06 02 (07-09)

2. The Policy Period is from 08/30/2012 to 08/30/2013 12.01am Standard Time at the insured's mailing address.

3. A. Workers Compensation Insurance. Part One of the policy applies to the Workers Compensation Law of the states listed here:   IL

   B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under part Two are:

   | | | |
   |---|---|---|
   | Bodily Injury by Accident: | $100,000.00 | Each Accident |
   | Bodily Injury by Disease: | $500,000.00 | Policy Limit |
   | Bodily Injury by Disease: | $100,000.00 | Each Employee |

   C. Other States Insurance. Part Three of the policy applies to the states, if any, listed here. All states and U.S. territories except North Dakota, Ohio, Washington, Wyoming, Puerto Rico, and the U.S. Virgin Islands, and states designated in Item 3.A  of the Information Page

   D. This policy includes these endorsements and schedules. SEE ATTACHED SCHEDULE

4  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All Information required below is subject to verification and change by audit.

SEE ATTACHED CLASSIFICATIONS OF OPERATIONS

| Minimum Premium:  $750.00 | | |
|---|---|---|
| | Total Estimated Annual Premium: | $91,539.00 |
| | Premium Discount: | $8,018.00CR |
| | Expense Constant: | $250.00 |
| | Deposit Premium: | $0.00 |

Issue Date: 08/30/2012
Issuing Office: Charleston, WV

WC 00 00 01 A (07-09)

Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission.
© 1998 National Council on Compensation Insurance, Inc.



400 Quarrie Street     Charleston WV 25301 2010



### Workers Compensation and Employers Liability Insurance Policy

| Policy Number: | WCB1002159 |
|---|---|
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA Inc. |

## Extension of Information Page
## Classification of Operations

| Class Code No. | Class Description | Exposure | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| State: IL | | | | |
| Premium Period: 08/30/2012 - 08/30/2013 | | | | |
| Location: 1 | | | | |
| 5606 | CONTRACTOR--PROJECT MANAGER, CONSTRUCTION EXECUTIVE, CONSTRUCTION MANAGER OR CONSTRUCTION SUPERINTENDENT | $100,000.00 | 3.02 | $3,020.00 |
| 5651 | CARPENTRY-DWELLINGS-THREE STORIES OR LESS | $295,000.00 | 19.28 | $56,876.00 |
| 9012 | BUILDING OR PROPERTY MANAGEMENT - PROPERTY MANAGERS AND LEASING AGENTS& CLERICAL. SALESPERSONS | $1,100,000.00 | 1.29 | $14,190.00 |
| 9015 | BUILDING OR PROPERTY MANAGEMENT - ALL OTHER EMPLOYEES | $800,000 00 | 4 07 | $32,560 00 |
| 9898 | Experience Modification Premium | | 0.92 | $8,532.00CR |
| | Total Standard Premium | | | $98,114 00 |
| 0064 | Premium Discount | | 0 0817 | $8,018.00CR |
| 0900 | Expense Constant | | | $250.00 |
| 9740 | Terrorism | | 0.039 | $895.00 |
| 9741 | Catastrophe (Other than certified acts of terrorism) | | 0.013 | $298.00 |
| 9683 | Illinois Industrial Commission Surcharge | | 0.0101 | $925.00 |
| | Policy Estimated Annual Premium | | | $91,539.00 |
| | Policy Total Amount Due | | | $92,464.00 |

Issue Date: 08/30/2012
Issuing Office: Charleston, WV

WC 99 06 00 (07-09)

Page 1 of 1







### Workers Compensation and Employers
### Liability Insurance Policy

| | |
|---|---|
| Policy Number: | WCB1002159 |
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA Inc. |

## Schedule of Endorsements

| State | Form Number | Form Title |
|---|---|---|
| IL | 12-1 | Illinois Contracting Classification Premium Adjustment Program Application |
| | POL001 | Policy Cover Letter |
| | WC 00 00 00 B | Workers Compensation & Employers Liability Insurance Policy |
| | WC 00 00 01 A | Policy Information Page |
| | WC 00 03 08 | Partners, Officers and Other Exclusion Endorsement |
| | WC 00 04 04 | Pending Rate Change Endorsement |
| | WC 00 04 06 A | Premium Discount Endorsement |
| | WC 00 04 14 | Notification Of Change In Ownership Endorsement |
| | WC 00 04 19 | Premium Due Date Endorsement |
| | WC 00 04 21 C | Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement |
| | WC 00 04 22 A | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| IL | WC 12 03 06 A | Illinois Workers Compensation and Employers Liability Insurance Policy Exclusion Endorsement |
| Il | WC 12 04 02 | IL Contracting Classification Premium Adjustment Endr |
| IL | WC 12 06 01 D | IL Amendatory Endorsement |
| | WC 89 06 34 | Installment Schedule |
| | WC 99 06 00 | Extension of Information Page Classification of Operations |
| | WC 99 06 01 | Schedule of Endorsements |
| | WC 99 06 02 | Schedule of Locations |
| | WC 99 06 03 | Signature Page |

Issue Date:     08/30/2012
Issuing Office: Charleston, WV

WC 99 06 01 (07-09)



Brickstreet

4(a) Quarrier Street    Charleston WV 25301 2010



### Workers Compensation and Employers Liability Insurance Policy

| Policy Number: | WCB1002159 |
|---|---|
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA Inc |



### Schedule of Locations

| Location No | State | Location Name and Address |
|---|---|---|
| 1 | IL | JSM Management Inc<br>503 - 505 S Fifth, Champaign, IL 61820- |

Issue Date:     08/30/2012
Issuing Office:  Charleston, WV

WC 99 06 02  (07-09)



400 Quarrier Street        Charleston WV 25301-2010



## POLICY INSTALLMENT PLAN SCHEDULE

JSM Management Inc
Policy Number:  WCB1002159
Coverage Period:  08/30/2012 to 08/30/2013

You have elected to pay the total estimated annual premium using an installment plan  There is a payment plan processing fee of $0 for each installment. You may pay the entire balance at any time to avoid future installment charges.

The installment plan schedule presented below is an estimate  An invoice will be sent to you prior to each installment period. The payment schedule will change if there are changes to the total estimated premium due to mid-term policy activity.

### INSTALLMENT PLAN SCHEDULE

| Installment | Amount Due | Due Date |
|---|---|---|
| Deposit Premium | $18,493.00 | 08/30/2012 |
| Installment | $9,247.00 | 10/15/2012 |
| Installment | $9,247.00 | 11/14/2012 |
| Installment | $9,247 00 | 12/15/2012 |
| Installment | $9,247 00 | 01/14/2013 |
| Installment | $9,247 00 | 02/14/2013 |
| Installment | $9,247.00 | 03/17/2013 |
| Installment | $9,247.00 | 04/14/2013 |
| Installment | $9,242.00 | 05/15/2013 |

| | | |
|---|---|---|
| Total Estimate Policy Premium | $92,464.00 | |

Issue Date: 08/30/2012
Issuing Office:  Charleston, WV

Contact us at www.BrickStreet.com or Call Us at 866.45BRICK (452-7425)

WC 89 06 34 (07-09)

POLICY NUMBER  WCB1002159
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 00 00 00 B

(Ed. 7-11)



papers related to the injury, claim, proceeding or suit

4  Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit

5  Do nothing after an injury occurs that would interfere with our right to recover from others.

6  Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE—PREMIUM

**A.  Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B.  Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C.  Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1  all your officers and employees engaged in work covered by this policy; and

2  all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

**D.  Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E.  Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise.

1  If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2  If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

**F.  Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G.  Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.



**EXHIBIT 4**

**Workers Compensation and Employers Liability Insurance Policy**

JO Quarrier Street    Charleston, WV 25301-2010

**BrickStreet Mutual Insurance Company**
A Mutual Company

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| WCB1002159 | 08/30/2013 | 08/30/2014 |
| | (12:01 AM at the insured location) | |

| Information Page | Renewal/Rewrite of Policy Number |
|---|---|
| | WCB1002159 |

| 1. Named Insured and Address | Agency Information |
|---|---|
| JSM Management Inc<br>505 S Fifth St<br>Champaign, IL 61820-5564 | 125009<br>Wells Fargo Insurance Services USA, Inc.<br>2107 South Neil St.<br>Champaign, IL 61820 |

| Carrier No. | FEIN | Risk ID | Entity Type |
|---|---|---|---|
| 15762 | 37-1283411 | 127395829 | Corporation |

Additional Workplaces not shown above:
Refer to Schedule of Locations Endorsement WC 99 06 02 (07-09)

2. The Policy Period is from 08/30/2013 to 08/30/2014 12:01am Standard Time at the insured's mailing address.

3. A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:  IL

   B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under part Two are:

   | | | |
   |---|---|---|
   | Bodily Injury by Accident: | $100,000.00 | Each Accident |
   | Bodily Injury by Disease: | $500,000.00 | Policy Limit |
   | Bodily Injury by Disease: | $100,000.00 | Each Employee |

   C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here: All states and U.S. territories except North Dakota, Ohio, Washington, Wyoming, Puerto Rico, and the U.S. Virgin Islands, and states designated in Item 3.A. of the Information Page.

   D. This policy includes these endorsements and schedules: SEE ATTACHED SCHEDULE

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All Information required below is subject to verification and change by audit.

SEE ATTACHED CLASSIFICATIONS OF OPERATIONS

| Minimum Premium: $750.00 | | |
|---|---|---|
| | Total Estimated Annual Premium: | $91,895.00 |
| | Premium Discount: | $8,044.00CR |
| | Expense Constant: | $250.00 |
| | Deposit Premium: | $18,565.00 |

Issue Date: 08/28/2013
Issuing Office: Charleston, WV

WC 00 00 01 A (09-12)

Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission.
© 1996 National Council on Compensation Insurance, Inc.



**Brickstreet**
INSURANCE

.00 Quarrier Street    Charleston, WV 25301-2010

## Workers Compensation and Employers Liability Insurance Policy

| Policy Number: | WCB1002159 |
|---|---|
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA, Inc. |

## Extension of Information Page
## Classification of Operations

| Class Code No. | Class Description | Exposure | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **State: IL** | | | | |
| **Premium Period: 08/30/2013 - 08/30/2014** | | | | |
| **Location: 1** | | | | |
| 5606 | CONTRACTOR--PROJECT MANAGER, CONSTRUCTION EXECUTIVE, CONSTRUCTION MANAGER OR CONSTRUCTION SUPERINTENDENT | $175,000.00 | 2.69 | $4,708.00 |
| 5645 | CARPENTRY- CONSTRUCTION OF RESIDENTIAL DWELLINGS NOT EXCEEDING THREE STORIES IN HEIGHT | $310,000.00 | 18.95 | $58,745.00 |
| 9012 | BUILDING OR PROPERTY MANAGEMENT - PROPERTY MANAGERS AND LEASING AGENTS& CLERICAL, SALESPERSONS | $1,200,000.00 | 1.26 | $15,120.00 |
| 015 | BUILDING OR PROPERTY MANAGEMENT - ALL OTHER EMPLOYEES | $810,000.00 | 3.91 | $31,671.00 |
| 9898 | Experience Modification Premium | | 0.85 | $16,537.00CR |
| 9889 | Schedule Rating Premium | | 1.05 | $4,685.00 |
| | Total Standard Premium | | | $98,392.00 |
| 0064 | Premium Discount | | 0.0818 | $8,044.00CR |
| 0900 | Expense Constant | | | $250.00 |
| 9740 | Terrorism | | 0.039 | $973.00 |
| 9741 | Catastrophe (Other than certified acts of terrorism) | | 0.013 | $324.00 |
| 9683 | Illinois Industrial Commission Surcharge | | 0.0101 | $928.00 |
| | Policy Estimated Annual Premium | | | $91,895.00 |
| | Policy Total Amount Due | | | $92,823.00 |

Issue Date: 08/28/2013
Issuing Office: Charleston, WV

WC 99 06 00 (07-09)



**Workers Compensation and Employers
Liability Insurance Policy**

| Policy Number: | WCB1002159 |
| --- | --- |
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA, Inc. |

### Schedule of Endorsements

| State | Form Number | Form Title |
| --- | --- | --- |
| IL | 12-1 | Illinois Contracting Classification Premium Adjustment Program Application |
| IL | IL Posting Notice | Posting Notice IL |
| | POL001 | Policy Cover Letter |
| | WC 00 00 00 B | Workers Compensation & Employers Liability Insurance Policy |
| | WC 00 00 01 A | Policy Information Page |
| | WC 00 03 08 | Partners, Officers and Other Exclusion Endorsement |
| | WC 00 04 04 | Pending Rate Change Endorsement |
| | WC 00 04 06 A | Premium Discount Endorsement |
| | WC 00 04 14 | Notification Of Change In Ownership Endorsement |
| | WC 00 04 19 | Premium Due Date Endorsement |
| | WC 00 04 21 C | Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement |
| | WC 00 04 22 A | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| IL | WC 12 03 06 A | Illinois Workers Compensation and Employers Liability Insurance Policy Exclusion Endorsement |
| IL | WC 12 04 02 | IL Contracting Classification Premium Adjustment Endr |
| IL | WC 12 06 01 D | IL Amendatory Endorsement |
| | WC 89 06 34 | Installment Schedule |
| | WC 99 06 00 | Extension of Information Page Classification of Operations |
| | WC 99 06 01 | Schedule of Endorsements |
| | WC 99 06 02 | Schedule of Locations |
| | WC 99 06 03 | Signature Page |

Issue Date:     08/28/2013
Issuing Office:  Charleston, WV

WC 99 06 01  (07-09)



**Brickstreet**
INSURANCE

30 Quarrier Street       Charleston, WV 25301-2010

## Workers Compensation and Employers Liability Insurance Policy

| Policy Number: | WCB1002159 |
|---|---|
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA, Inc. |

### Schedule of Locations

| Location No. | State | Location Name and Address |
|---|---|---|
| 1 | IL | JSM Management Inc<br>503 - 505 S Fifth, Champaign, IL 61820- |

Issue Date:   08/28/2013
Issuing Office:  Charleston, WV

WC 99 06 02  (07-09)



**Brickstreet** INSURANCE

30 Quarrier Street   Charleston, WV 25301-2010

## POLICY INSTALLMENT PLAN SCHEDULE

JSM Management Inc
Policy Number:  WCB1002159
Coverage Period:  08/30/2013 to 08/30/2014

You have elected to pay the total estimated annual premium using an installment plan. There is a payment plan processing fee of $0 for each installment. You may pay the entire balance at any time to avoid future installment charges.

The installment plan schedule presented below is an estimate. An invoice will be sent to you prior to each installment period. The payment schedule will change if there are changes to the total estimated premium due to mid-term policy activity.

### INSTALLMENT PLAN SCHEDULE

| Installment | Amount Due | Due Date |
|---|---|---|
| Deposit Premium | $18,565.00 | 08/30/2013 |
| Installment | $9,283.00 | 10/20/2013 |
| Installment | $9,283.00 | 11/19/2013 |
| Installment | $9,283.00 | 12/20/2013 |
| Installment | $9,283.00 | 01/19/2014 |
| Installment | $9,283.00 | 02/19/2014 |
| Installment | $9,283.00 | 03/22/2014 |
| Installment | $9,283.00 | 04/19/2014 |
| Installment | $9,277.00 | 05/20/2014 |
| | | |
| Total Estimate Policy Premium | $92,823.00 | |

Issue Date:  08/28/2013
Issuing Office:  Charleston, WV

Contact us at www.brickstreet.com or Call Us at 866.45BRICK (452-7425)

WC 89 06 34 (07-09)

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE—PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.



**BrickStreet Mutual Insurance Company**
A Mutual Company

400 Quarrier Street          Charleston, WV 25301-2010

**EXHIBIT 5**

### Workers Compensation and Employers Liability Insurance Policy

| Policy Number | Policy Period | |
|---|---|---|
| | **From** | **To** |
| WCB1002159 | 08/30/2014 | 08/30/2015 |
| | (12:01 AM at the Insured location) | |

| Information Page | Renewal/Rewrite of Policy Number |
|---|---|
| | WCB1002159 |

| Named Insured and Address | Agency Information |
|---|---|
| JSM Management Inc<br>505 S Fifth St<br>Champaign, IL 61820-5564 | 125009<br>Wells Fargo Insurance Services USA, Inc.<br>2107 South Neil St.<br>Champaign, IL 61820 |

| Carrier No. | FEIN | Risk ID | Entity Type |
|---|---|---|---|
| 15762 | 37-1283411 | 127395829 | Corporation |

Additional Workplaces not shown above:
Refer to Schedule of Locations Endorsement WC 99 06 02 (07-09)

2. The Policy Period is from 08/30/2014 to 08/30/2015 12:01am Standard Time at the insured's mailing address.

3. A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:   IL

   B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under part Two are:

   | | | |
   |---|---|---|
   | Bodily Injury by Accident: | $100,000.00 | Each Accident |
   | Bodily Injury by Disease: | $500,000.00 | Policy Limit |
   | Bodily Injury by Disease: | $100,000.00 | Each Employee |

   C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here: All states and U.S. territories except North Dakota, Ohio, Washington, Wyoming, Puerto Rico, and the U.S. Virgin Islands, and states designated in Item 3.A. of the Information Page.

   D. This policy includes these endorsements and schedules: SEE ATTACHED SCHEDULE

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

### SEE ATTACHED CLASSIFICATIONS OF OPERATIONS

| | | |
|---|---|---|
| Minimum Premium:   $750.00 | Total Estimated Annual Premium: | $96,446.00 |
| | Premium Discount: | $8,461.00CR |
| | Expense Constant: | $250.00 |
| | Deposit Premium: | $19,484.00 |

Issue Date: 08/20/2014
Issuing Office: Charleston, WV

WC 00 00 01 A (09-12)
Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission.
© 1986 National Council on Compensation Insurance, Inc.



**Brickstreet** INSURANCE
400 Quarrier Street     Charleston, WV 25301-2010

### Workers Compensation and Employers Liability Insurance Policy

| Policy Number: | WCB1002159 |
|---|---|
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA, Inc. |

## Extension of Information Page
## Classification of Operations

| Class Code No. | Class Description | Exposure | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **State: IL** | | | | |
| **Premium Period: 08/30/2014 - 08/30/2015** | | | | |
| **Location: 1** | | | | |
| 5606 | CONTRACTOR--PROJECT MANAGER, CONSTRUCTION EXECUTIVE, CONSTRUCTION MANAGER OR CONSTRUCTION SUPERINTENDENT | $125,000.00 | 2.9 | $3,625.00 |
| 5645 | CARPENTRY- CONSTRUCTION OF RESIDENTIAL DWELLINGS NOT EXCEEDING THREE STORIES IN HEIGHT | $310,000.00 | 21.09 | $65,379.00 |
| 9012 | BUILDING OR PROPERTY MANAGEMENT - PROPERTY MANAGERS AND LEASING AGENTS& CLERICAL, SALESPERSONS | $1,300,000.00 | 1.39 | $18,070.00 |
| 9015 | BUILDING OR PROPERTY MANAGEMENT - ALL OTHER EMPLOYEES | $925,000.00 | 4.23 | $39,128.00 |
| 9898 | Experience Modification Premium | | 0.8 | $25,240.00CR |
| 9889 | Schedule Rating Premium | | 1.02 | $2,019.00 |
| | Total Standard Premium | | | $102,981.00 |
| 0064 | Premium Discount | | 0.0822 | $8,461.00CR |
| 0900 | Expense Constant | | | $250.00 |
| 9740 | Terrorism | | 0.047 | $1,250.00 |
| 9741 | Catastrophe (Other than certified acts of terrorism) | | 0.016 | $426.00 |
| 9683 | Illinois Industrial Commission Surcharge | | 0.0101 | $974.00 |
| Policy Estimated Annual Premium | | | | $96,446.00 |
| Policy Total Amount Due | | | | $97,420.00 |

Issue Date: 08/20/2014
Issuing Office: Charleston, WV



**Brickstreet**
I N S U R A N C E
400 Quarter Street     Charleston, WV 25301-2010

### Workers Compensation and Employers
### Liability Insurance Policy

| Policy Number: | WCB1002159 |
| --- | --- |
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA, Inc. |

## Schedule of Endorsements

| State | Form Number | Form Title |
| --- | --- | --- |
| IL | 12-1 | Illinois Contracting Classification Premium Adjustment Program Application |
| IL | IL Posting Notice | Posting Notice IL |
| | PN-Privacy | Privacy Policy |
| | POL001 | Policy Cover Letter |
| | WC 00 00 00 B | Workers Compensation & Employers Liability Insurance Policy |
| | WC 00 00 01 A | Policy Information Page |
| | WC 00 03 08 | Partners, Officers and Other Exclusion Endorsement |
| | WC 00 04 06 A | Premium Discount Endorsement |
| | WC 00 04 14 | Notification Of Change In Ownership Endorsement |
| | WC 00 04 19 | Premium Due Date Endorsement |
| | WC 00 04 21 C | Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement |
| | WC 00 04 22 A | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| IL | WC 12 03 06 A | Illinois Workers Compensation and Employers Liability Insurance Policy Exclusion Endorsement |
| IL | WC 12 04 02 | IL Contracting Classification Premium Adjustment Endr |
| IL | WC 12 06 01 D | IL Amendatory Endorsement |
| | WC 89 06 34 | Installment Schedule |
| | WC 99 06 00 | Extension of Information Page Classification of Operations |
| | WC 99 06 01 | Schedule of Endorsements |
| | WC 99 06 02 | Schedule of Locations |
| | WC 99 06 03 | Signature Page |

Issue Date:     08/20/2014
Issuing Office:  Charleston, WV

WC 99 06 01  (07-09)



400 Quarrier Street    Charleston, WV 25301-2010

**Workers Compensation and Employers Liability Insurance Policy**

| Policy Number: | WCB1002159 |
|---|---|
| Named Insured: | JSM Management Inc |
| Agency Name: | Wells Fargo Insurance Services USA, Inc. |

### Schedule of Locations

| Location No. | State | Location Name and Address |
|---|---|---|
| 1 | IL | JSM Management Inc<br>503 - 505 S Fifth, Champaign, IL 61820- |

Issue Date:    08/20/2014
Issuing Office: Charleston, WV

WC 99 06 02  (07-09)



**Brickstreet**
I N S U R A N C E
400 Quarrier Street     Charleston, WV 25301-2010

# POLICY INSTALLMENT PLAN SCHEDULE

JSM Management Inc
Policy Number:  WCB1002159
Coverage Period: 08/30/2014 to 08/30/2015

You have elected to pay the total estimated annual premium using an installment plan. There is a payment plan processing fee of $0 for each installment. You may pay the entire balance at any time to avoid future installment charges.

The installment plan schedule presented below is an estimate. An invoice will be sent to you prior to each installment period. The payment schedule will change if there are changes to the total estimated premium due to mid-term policy activity.

### INSTALLMENT PLAN SCHEDULE

| Installment | Amount Due | Due Date |
|---|---|---|
| Deposit Premium | $19,484.00 | 08/30/2014 |
| Installment | $9,742.00 | 10/20/2014 |
| Installment | $9,742.00 | 11/19/2014 |
| Installment | $9,742.00 | 12/20/2014 |
| Installment | $9,742.00 | 01/19/2015 |
| Installment | $9,742.00 | 02/19/2015 |
| Installment | $9,742.00 | 03/22/2015 |
| Installment | $9,742.00 | 04/19/2015 |
| Installment | $9,742.00 | 05/20/2015 |
| | | |
| Total Estimate Policy Premium | $97,420.00 | |

Issue Date: 08/20/2014
Issuing Office: Charleston, WV

Contact us at www.brickstreet.com or Call Us at 866.45BRICK (452-7425)

WC 89 06 34 (07-09)

POLICY NUMBER: WCB1002159
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 00 00 00 B

(Ed. 7-11)

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE—PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.